IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RONALD GIBSON,
    Petitioner,

v.

BRIAN THOMPSON, et al.,
    Respondents.

Civ. No. 13-1780

## O R D E R

**AND NOW**, this 2nd day of June, 2015, upon consideration of the Report and Recommendation of Magistrate Judge Henry S. Perkin (Doc. No. 21), to which no objections have been filed, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DENIED** with prejudice;

3. There are no grounds to issue a certificate of appealability; and

4. The Clerk of Court shall **CLOSE** this case for statistical purposes.

                   **AND IT IS SO ORDERED.**

                   */s/ Paul S. Diamond*
                   _____
                   Paul S. Diamond, J.